*OLF 7 (Official Local Form 7)*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re Richard Amaral

Case No. 18-12919

Chapter 13

Debtor

**DECLARATION RE: ELECTRONIC FILING**

**PART I - DECLARATION**

I[We] D. Anthony Sottile and ____________________

____________________, hereby declare(s) under penalty of perjury that all of the information contained in my Notice of Mortgage Payment Change (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 11/5/2021

____________________
(Affiant)

____________________
(Joint Affiant)

**PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

Signed:____________________
(Attorney for Affiant - /s/used by Registered ECF Users Only)

**Fill in this information to identify the case:**

Debtor 1 Richard Amaral

Debtor 2 (Spouse, if filing) ______

United States Bankruptcy Court for the: District of Massachusetts

Case number 18-12919

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 1 9 9

**Date of payment change:** Must be at least 21 days after date of this notice: 12/01/2021

**New total payment:** Principal, interest, and escrow, if any: $ 1,419.25

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ______

**Current escrow payment:** $ 376.59 **New escrow payment:** $ 505.13

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ______

**Current interest rate:** ______% **New interest rate:** ______%

**Current principal and interest payment:** $ ______ **New principal and interest payment:** $ ______

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ______

**Current mortgage payment:** $ ______ **New mortgage payment:** $ ______

Debtor 1 Richard Amaral
First Name Middle Name Last Name

Case number *(if known)* 18-12919

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ [signature]
Signature

Date 11/05/2021

Print: D. Anthony Sottile
First Name Middle Name Last Name

Title Authorized Agent for Creditor

Company Sottile & Barile, LLC

Address 394 Wards Corner Road, Suite 180
Number Street

Loveland OH 45140
City State ZIP Code

Contact phone 513-444-4100

Email bankruptcy@sottileandbarile.com



314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354
1-800-327-7861
https://myloanweb.com/BSI

**Annual Escrow Account Disclosure Statement**

ACCOUNT NUMBER: [redacted]

DATE: 10/27/21

RICHARD J AMARAL
PO BOX 1328
MIDDLEBORO, MA 02346

PROPERTY ADDRESS
663 WAREHAM ST. UNIT 7
MIDDLEBORO, MA 02346

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 12/01/2021 THROUGH 11/30/2022.

**-------- ANTICIPATED PAYMENTS FROM ESCROW 12/01/2021 TO 11/30/2022 --------**

| | |
|---|---|
| UNIT HAZARD | $487.00 |
| USDA | $902.39 |
| TOWN | $3,718.86 |
| TOTAL PAYMENTS FROM ESCROW | $5,108.25 |
| MONTHLY PAYMENT TO ESCROW | $425.68 |

**------ ANTICIPATED ESCROW ACTIVITY 12/01/2021 TO 11/30/2022 --------**

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $252.39- | $701.07 |
| DEC | $425.68 | | | $173.29 | $1,126.75 |
| JAN | $425.68 | | | $598.97 | $1,552.43 |
| FEB | $425.68 | | | $1,024.65 | $1,978.11 |
| MAR | $425.68 | | | $1,450.33 | $2,403.79 |
| APR | $425.68 | | | $1,876.01 | $2,829.47 |
| MAY | $425.68 | $1,859.43 | TOWN | $442.26 | $1,395.72 |
| JUN | $425.68 | $902.39 | USDA | $34.45- | $919.01 |
| JUL | $425.68 | $487.00 | UNIT HAZARD | $95.77- | $857.69 |
| AUG | $425.68 | | | $329.91 | $1,283.37 |
| SEP | $425.68 | | | $755.59 | $1,709.05 |
| OCT | $425.68 | | | $1,181.27 | $2,134.73 |
| NOV | $425.68 | $1,859.43 | TOWN | L1-> $252.48- | L2-> $700.98 |

**-------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -------**

IF THE ANTICIPATED LOW POINT BALANCE (L1) IS LESS THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SHORTAGE. **YOUR ESCROW SHORTAGE IS $953.46.**

**CALCULATION OF YOUR NEW PAYMENT**

| | |
|---|---|
| PRIN & INTEREST | $914.12 |
| ESCROW PAYMENT | $425.68 |
| SHORTAGE PYMT | $79.45 |
| **NEW PAYMENT EFFECTIVE 12/01/2021** | **$1,419.25** |

YOUR ESCROW CUSHION FOR THIS CYCLE IS $700.98.

********** Continued on reverse side ************

********** Continued from front **********

## ACCOUNT HISTORY

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 12/01/2020 AND ENDING 11/30/2021. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEGING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT. THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 12/01/2020 IS:

| | |
|---|---|
| PRIN & INTEREST | $914.12 |
| ESCROW PAYMENT | $376.59 |
| BORROWER PAYMENT | $1,290.71 |

| | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| MONTH | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE | $599.00 | $4,272.35- |
| DEC | $376.59 | $374.94 * | | $1,859.45 * | TOWN | $975.59 | A-> $5,756.86- |
| JAN | $376.59 | $756.26 * | | | | $1,352.18 | $5,000.60- |
| FEB | $376.59 | $762.64 * | | | | $1,728.77 | $4,237.96- |
| MAR | $376.59 | $381.32 * | | | | $2,105.36 | $3,856.64- |
| APR | $376.59 | $762.64 * | | $1,859.43 * | TOWN | $2,481.95 | $4,953.43- |
| MAY | $376.59 | $762.64 * | $1,553.44 | | TOWN | $1,305.10 | $4,190.79- |
| JUN | $376.59 | $381.32 * | $925.22 | | USDA | $756.47 | $4,711.86- |
| JUN | | | | $902.39 * | USDA | | |
| JUL | $376.59 | $762.64 * | $487.00 | | UNIT HAZARD | $646.06 | $4,418.22- |
| JUL | | | | $469.00 * | UNIT HAZARD | | |
| AUG | $376.59 | $757.91 * | | | | $1,022.65 | $3,660.31- |
| SEP | $376.59 | $376.59 | | | | $1,399.24 | $3,283.72- |
| OCT | $376.59 | $753.18 * | | | | $1,775.83 | $2,530.54- |
| NOV | $376.59 | $0.00 | $1,553.44 | | TOWN | T-> $598.98 | $2,530.54- |
| | $4,519.08 | $6,832.08 | $4,519.10 | $5,090.27 | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $598.98. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS $5,756.86-.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

## Determining your Shortage or Surplus

**Shortage**:

Any shortage in your escrow account is usually caused by one the following items:

- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

Shortages are divided evenly of the next twelve months. To reduce the increase in your monthly payment, the shortage can be paid either partially or in full.

**Surplus**:

A surplus in your escrow account is usually caused by one the following items:

- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you. If your surplus is less than $50.00, the funds will be retained in your escrow account.

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS# 38078.
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

BSI Financial Services
314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354

1-800-327-7861

https://myloanweb.com/BSI

ACCOUNT NUMBER: 1461901199

RICHARD J AMARAL
PO BOX 1328
MIDDLEBORO, MA 02346

PROPERTY ADDRESS
663 WAREHAM ST. UNIT 7
MIDDLEBORO, MA 02346

Annual PMI Notification (originated after 7-29-99)

Private Mortgage Insurance: Your mortgage loan requires private mortgage insurance ("PMI"). The premium for the insurance is added to your loan payments. PMI protects lenders against financial loss when borrowers default. Under certain circumstances, federal law gives you the right to cancel PMI or requires that PMI automatically terminate. Cancellation or termination of PMI does not affect any obligation you may have to maintain other types of insurance.

Borrower Requested Cancellation of PMI: You have the right to request that PMI be canceled on or after either of these dates:
(1) the date the principal balance of your loan is first scheduled to reach 80% of the original value of the property or
(2) the date the principal balance actually reaches 80 % of the original value of the property.

PMI will only be canceled on these dates if:
(1) you submit a written request for cancellation;
(2) you have a good payment history; and
(3) we receive, if requested and at your expense, evidence that
the value of the property has not declined below its original value and certification that there are no subordinate liens on the property.

A "good payment history" means no payments 60 or more days past due within two years and no payments

30 or more days past due within one year of the cancellation date.

"Original value" means the lesser of the contract sales price of the property or the appraised value of the property at the time the loan was closed.

Automatic Termination of PMI: If you are current on your loan payments, PMI will automatically terminate on the date the principal balance of your loan is first scheduled to reach 78% of the original value of the property. If you are not current on your loan payments as of that date, PMI will automatically terminate when you thereafter become current on your payments.

In any event, PMI will not be required on your mortgage loan beyond the date that is the midpoint of the amortization period for the loan if you are current on your payments on that date.

Licensed as Servis One, Inc. dba BSI Financial Services BSI Financial Services BSI NMLS# 38078.
Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-12919 |
| Richard Amaral | Chapter 13 |
| Debtor. | Judge Frank J. Bailey |

## CERTIFICATE OF SERVICE

I certify that on November 5, 2021, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

Kathleen L. Kane, Debtor's Counsel
kkanelaw@comcast.net

Carolyn Bankowski, Chapter 13 Trustee
13trustee@ch13boston.com

John Fitzgerald, Assistant United States Trustee
ustpregion01.bo.ecf@usdoj.gov

I further certify that on November 5, 2021, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Richard Amaral, Debtor
663 Wareham Street
Unit 7
Middleboro, MA 02346

Dated: November 5, 2021

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com